UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| Honorable Anthony W. Ishii | **Rafael Duran GARCIA** |
|---|---|
| Senior United States District Judge | **Docket Number:  0972 1:11CR00340-001** |
| Fresno, California | **PERMISSION TO TRAVEL OUTSIDE THE COUNTRY** |


Your Honor:


The offender is requesting permission to travel to Mexico.  Mr. Garcia is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On December 12, 2012, Mr. Garcia was sentenced for the offenses of 18 USC 1341 – Mail Fraud, 2 Counts, (CLASS D FELONIES); and 18 USC 287 and 2 – Making or Presenting a False, Fictitious or Fraudulent Claim Upon or Against the United States and Aiding and Abetting, 2 Counts, (CLASS D FELONIES).

**Sentence Imposed:**  11 months custody of the Bureau of Prisons, all Counts concurrent; 24-month Term of Supervised Release, all Counts concurrent; $400 special assessment; Firearms restrictions; and Submit to DNA testing.

**Dates and Mode of Travel:**  Mr. Garcia plans to fly to Morelia, Michoacan, Mexico, on December 5, 2014, returning January 4, 2015.

**Purpose:**  Mr. Garcia is requesting travel to Mexico to visit relatives who are ill.  He is traveling with his father and brother.  They will stay in Guanajuato, Mexico, at the home of his Aunt.

**RE:   Rafael Duran GARCIA**
       **Docket Number:  0972 1:11CR00340-001**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

**/s/Julie A. Fowler**
**JULIE A. FOWLER**
**United States Probation Officer**

Dated:   November 25, 2014
         Roseville, California
         /jaf

                      /s/ Dayna Ward for Michael Sipe
**REVIEWED BY:**     **MICHAEL A. SIPE**
                     **Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒     Approved        ☐     Disapproved

IT IS SO ORDERED.

Dated:  November 25, 2014               _____
                                              SENIOR  DISTRICT  JUDGE